**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 5:24-BK-02061-MJC** |
| **PAMELA ANN CORTESE** | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 334 CHARLES ST, LUZERNE, PA 18709 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******6340**

NOW COMES Planet Home Lending LLC, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
PABKR@brockandscott.com

Planet Home Lending, LLC
10 Research Parkway, Suite 2
Wallingford, Connecticut 06492

Please take notice that the undersigned hereby appears as counsel for Planet Home Lending LLC pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor

24-24398 BKSUP08

with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/Mario Hanyon

Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com